## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Paul Hill, | ) |
| | ) |
| Plaintiff, | ) |
| | )  Civil Action No. 09-cv-230 ADM/JJG |
| vs. | ) |
| | ) |
| Diversified Adjustment Service, Inc. | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorney, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**SCRIMSHIRE, MARTINEAU, GONKO & VAVRECK, PLLC**

Dated: April 6, 2009

 s/ Mark L. Vavreck
Mark L. Vavreck, Esq.
Attorney I.D.#0318619
Designer's Guild Building
401 North Third Street, Suite 600
Minneapolis, MN 55401
mark@smgvlaw.com
Telephone: (612) 659-9500
Facsimile:  (612) 659-9220

**ATTORNEY FOR PLAINTIFF**