## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Paul Hill, )
 )
       Plaintiff, )
 ) Civil Action No. 09-cv-230 ADM/JJG
vs. )
 )
Diversified Adjustment Service, Inc. )
 )
       Defendant. )

### ORDER FOR DISMISSAL

Based upon the Notice of Dismissal with Prejudice, document number 2, filed by Plaintiff on April 6, 2009, and upon all the files, records and proceedings herein,

**IT IS FURTHER ORDERED:** That all claims asserted by Plaintiff in the above-entitled action, including all claims for attorney's fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

**BY THE COURT:**

Dated: April 13, 2009        s/Ann D. Montgomery
                                                _____
                                                Ann D. Montgomery
                                                United States District Judge